# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 172 WAL 2022

         Respondent               :

                                      :    Petition for Allowance of Appeal
                                      :    from the Order of the Superior Court

         v.                               :

                                        :

STEPHEN BARRY-GIBBONS, PETITONER     :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 6th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.